# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2220
LT Case No. 2020-CF-0303

_____

STATE OF FLORIDA,

    Appellant,

    v.

BERMORE MALAVE RODRIGUEZ,

    Appellee.

_____

On appeal from the Circuit Court for Putnam County.
Howard O. McGillin, Jr., Judge.

Ashley Moody, Attorney General, Tallahassee, and Deborah A.
Chance, Assistant Attorney General, Daytona Beach, for
Appellant.

Oscar Hardin Eaton, Jr., of Office of Criminal Conflict & Civil
Regional Counsel, Casselberry, for Appellee.

December 5, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., MAKAR, and EISNAUGLE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————